[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 64.]

HEADLEY ET AL., APPELLANTS, *v.* OHIO GOVERNMENT RISK MANAGEMENT PLAN ET AL., APPELLEES.

[Cite as *Headley v. Ohio Govt. Risk Mgt. Plan*, 1999-Ohio-341.]

*Automobile liability insurance—Underinsured motorist coverage—R.C. 3937.18—Court of appeals' judgment reversed on authority of Scott-Pontzer v. Liberty Mut. Fire Ins. Co. and trial court's judgment reinstated.*

(Nos. 98-856 and 98-1460—Submitted June 9, 1999—Decided July 7, 1999.)

APPEALS from the Court of Appeals for Muskingum County, Nos. CT97-0017 and CT97-0022.

_____

*James W. Peters*, for appellants.

*Reminger & Reminger Co., L.P.A., Lee W. Westfall* and *John A. Burgess*, for appellee Ohio Government Risk Management Plan.

*Gottlieb, Johnston, Beam & DalPonte, P.L.L., Miles D. Fries* and *Cole J., Gerstner*, for appellee Grange Mutual Casualty Company.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Scott-Pontzer v. Liberty Mut. Fire Ins. Co.* (1999), 85 Ohio St.3d 660, 710 N.E.2d 1116, and the judgment of the trial court is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

_____

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} For the reasons set forth in my dissenting opinion in *Scott-Pontzer v. Liberty Mut. Fire Ins. Co.* (1999), 85 Ohio St.3d 660, 710 N.E.2d 1116, I dissent and would affirm the judgment of the court of appeals in this case.

———————————